IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY DEE GRAHAM, II, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 09-3106 |
| v. | : | |
| PA STATE POLICE LANCASTER COUNTY and TROOPER ARIEL TORRES, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 3rd day of November, 2009, it is hereby ORDERED that Defendants' Motion to Dismiss (Docket No. 8) is GRANTED and the Complaint is DISMISSED with prejudice. The Clerk shall close this case for statistical purposes.

BY THE COURT:

/s/ C. Darnell Jones II
_____
C. DARNELL JONES II,    J.